## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

In re:                             Case No.     11-44085-WSD

Darlene Roberts              Chapter     13

                                 Judge      Shapero

                        Debtor(s)

_____/

Darlene Roberts                     Adversary Case No.    11-05135-wsd

                        Plaintiffs,

v

Specialized Loan Servicing LLC;

World Wide Financial Services, Inc.;

Jointly and Severally

                        Defendants

_____/

## DEFAULT JUDGMENT

       The Debtors having filed an Application for Entry of Default Judgment
Determining the value of the Mortgage Lien of Specialized Loan Servicing LLC., World
Wide Financial Services Inc., pursuant to B.R. 7055 and L.B.R. 7055-1 E.D.M. after
Default Entry by the Clerk, and it appearing to the Court that good cause exists for the
relief requested by the Plaintiff, and the court being otherwise advised, **NOW
THEREFORE,**

       **IT IS HEREBY ORDERED** that upon completion of the Debtor's Chapter 13
Plan and the entry of a Chapter 13 discharge order in bankruptcy case number 11-44085,
that the junior lien of Specialized Loan Servicing LLC., World Wide Financial Services
Inc., as evidenced by a mortgage recorded on May 13, 2005 by the Wayne Country
Register of Deeds at Liber 42706, Page 401, is stripped from the following property,
commonly known as 22182 Nelson, Woodhaven, MI 48183, located in City of
Woodhaven, Wayne County, Michigan, more particularly described as follows:

       Lot(s) 85, Ranchville Subdivision No. 3, according to the plat thereof in Liber 93,
       Page 53 and 54 of Plats, Wayne County Records

**IT IS FURTHER ORDERED** entry of a Discharge of Debtor in Bankruptcy Case No.11-44085, the above described mortgage shall be deemed discharged and released.

**IT IS FURTHER ORDERED** that upon completion of the Debtor's Chapter 13 Plan and the entry of a Chapter 13 discharge order in bankruptcy case number 11-44085, the Debtor may record a certified copy of this order, with a copy of the Debtor's Chapter 13 discharge order attached, with the Wayne County Register of Deeds, which will constitute and effectuate the discharge of the Mortgage.

**IT IS FURTHER ORDERED** that if the Debtor fails to complete the Debtor's Chapter 13 plan and obtain a Chapter 13 discharge order in bankruptcy case number 11-44085, this order does not affect the validity or enforceability of the Mortgage and may not be used in any subsequent bankruptcy case of the Debtor either to compel the holder of the Mortgage to execute a discharge of the Mortgage, or to otherwise act as a discharge of the Mortgage.

Signed on May 06, 2011

                     /s/ Walter Shapero
                     Walter Shapero
                     United States Bankruptcy Judge